**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **JOSE LOPEZ,** | ) | |
| | ) | 1:19-cv-00053-MW-GRJ |
| **Plaintiff,** | ) | |
| | ) | **Judge Walker** |
| v. | ) | **Magistrate Judge Jones** |
| | ) | |
| **APPFOLIO, INC.,** | ) | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**

Plaintiff, JOSE LOPEZ, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 60 days.

4. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that he be granted 60 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

                                                                  Respectfully submitted,
                                                                  **JOSE LOPEZ**

                                                       By:    s/ David M. Marco
                                                                 Attorney for Plaintiff

Dated: May 10, 2019

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:		dmarco@smithmarco.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JOSE LOPEZ, | ) | |
| | ) | 1:19-cv-00053-MW-GRJ |
| Plaintiff, | ) | |
| | ) | **Judge Walker** |
| v. | ) | **Magistrate Judge Jones** |
| | ) | |
| APPFOLIO, INC., | ) | |

## CERTIFICATE OF SERVICE

**To:** Pamela Devata
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
pdevata@seyfarth.com

    I, David M. Marco, an attorney, certify that on **May 10, 2019**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by email.

                                                  By:    s/ David M. Marco
                                                             Attorney for Plaintiff

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:    dmarco@smithmarco.com